UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVINESH CHANDRA | No. C-11-05369-TEH (DMR) |
| Plaintiff(s), | **ORDER VACATING SETTLEMENT CONFERENCE** |
| v. | |
| SEARS ROEBUCK AND COMPANY | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The parties to this matter have advised the Court that they have agreed to a settlement. Therefore, you are hereby notified that the Settlement Conference set for **November 27, 2012 at 1:30 p.m.** before the Honorable Donna M. Ryu is VACATED.

Dated: November 20, 2012

_____
DONNA M. RYU
United States Magistrate Judge