**United States District Court**
For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7   RAVINESH CHANDRA                    No. C-11-05369-TEH (DMR)
8            Plaintiff(s),             **ORDER VACATING SETTLEMENT**
                                       **CONFERENCE**
9        v.
10  SEARS ROEBUCK AND COMPANY
11           Defendant(s).
    _____/
12
13  TO ALL PARTIES AND COUNSEL OF RECORD:
14           The parties to this matter have advised the Court that they have agreed to a settlement.
15  Therefore, you are hereby notified that the Settlement Conference set for **November 27, 2012 at**
16  **1:30 p.m.** before the Honorable Donna M. Ryu is VACATED.
17
18  Dated:  November 20, 2012
19
20                                       _____
                                         DONNA M. RYU
21                                       United States Magistrate Judge
22
23
24
25
26
27
28